United States District Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CEDRIC GREENE and VALERIE STEPHEN, "Plaintiffs," | § | |
| v. | § | Civil Action No. 1:26-cv-00821 |
| SAN DIEGO COUNTY, "Defendant." | § | |

**ORDER**

Before the Court is the Magistrate Judge's "Report and Recommendation to Dismiss Plaintiff's Complaint" (Dkt. No. 10) ("R&R") and Plaintiffs' "Objections and Declaration in Support of District Transfer and Change of Venue" (Dkt. No. 14) ("Objections").

The R&R recommends that the Court (1) dismiss without prejudice Plaintiffs' claims against Defendant for lack of venue under 28 U.S.C. § 1406(a); (2) deny as moot Plaintiffs' pending motions (Dkt. Nos. 2, 8, & 9); and (3) declare Plaintiff Cedric Greene a vexatious litigant. Dkt. No. 10 at 7. Plaintiffs timely objected. *See* Dkt. No. 14.

When a party objects to a magistrate judge's report and recommendation, the Court reviews the matter de novo. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court hereby **OVERRULES** the Objections (Dkt. No. 14) and **ADOPTS** the R&R (Dkt. No. 10). It is therefore **ORDERED** that:

- Plaintiffs' claims against Defendant (Dkt. No. 1) are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1406(a);
- Plaintiffs' "Application to Proceed in District Court without Prepaying Fees or Costs" (Dkt. No. 2), "Motion to Reinstate County Claim" (Dkt. No. 8), and Motion to Transfer (Dkt. No. 9) are all **DENIED as moot**; and
- Because Plaintiff Cedric Greene has been declared a vexatious litigant in the United States District Court for the Southern District of Texas–Brownsville Division, *Greene v. Charter Spectrum, Inc.*, No. 1:26-cv-589 (S.D. Tex. Oct. 5, 2026), he

shall not file any lawsuit in this division, without first obtaining leave from the Court to file the new lawsuit. The Court further advises Plaintiff Cedric Greene that monetary sanctions may be imposed for further vexatious litigation considered to be abusive and harassing in nature.

The Clerk of Court is **INSTRUCTED** to close this case.

SIGNED this October 16, 2026

Rolando Olvera
United States District Judge